UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re Sarah E. Feinstein

Case No. 22-30041-KLP
Chapter 13

Debtor(s).

# ORDER CONDITIONALLY APPROVING LOAN MODIFICATION AGREEMENT

Upon consideration of the debtor's motion to approve loan modification agreement, it is

**ORDERED:**

1. The debtor's motion to approve the loan modification agreement is **CONDITIONALLY APPROVED**.

2. A final hearing on debtor's motion to approve the loan modification agreement will be heard on 6/29/2022, at 10:00 A.M. at the U.S. Bankruptcy Court, Judge Phillips' Courtroom, 701 East Broad St., Room 5100, Richmond, VA 23219. This final hearing may be canceled if, prior to the final hearing, the parties submit to the Court: (1) a fully executed copy of the loan modification agreement; and (2) a proposed final order on the motion with endorsements by the debtor or debtor's counsel if the debtor has been represented by counsel during the motion proceedings, the Chapter 13 trustee, and the creditor or creditor's counsel if the creditor has been represented by counsel during the motion proceedings.

Date: Apr 26 2022

/s/ Keith L Phillips
Judge

NOTICE OF JUDGMENT ORDER
ENTERED ON DOCKET
Apr 26 2022

United States Bankruptcy Court
Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 22-30041-KLP |
| Sarah E. Feinstein | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: | Page 1 of 1 |
| Date Rcvd: Apr 26, 2022 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sarah E. Feinstein, 4004 Graham Meadows Ct., Henrico, VA 23233-6657 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James E. Kane | on behalf of Debtor Sarah E. Feinstein jkane@kaneandpapa.com info@kaneandpapa.com,jason.kane@kaneandpapa.com,jkrumbein@kaneandpapa.com,sfalkowski@kaneandpapa.com,carolyncrone@icloud.com,cdonnell@kaneandpapa.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Suzanne E. Wade | ecfsummary@ch13ricva.com  trustee@ch13ricva.com;fred@cmc13.net |

TOTAL: 3